FILED
CLERK'S OFFICE
03 DEC 18 A 5:07
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EILEEN TETRAULT, FUND MANAGER of the TEAMSTERS LOCAL 404 HEALTH SERVICES AND INSURANCE PLAN,
Plaintiff,

v.

N&B EXPRESS,
Defendant,

and

BANK OF WESTERN MASSACHUSETTS,
Trustee.

CIVIL ACTION NO.
03-30307-MAP

FILING FEE PAID:
RECEIPT # 305458
AMOUNT $ 150.00/100
BY DPTY CLK MGL
DATE 12/18/03

## COMPLAINT

### Introductory Statement

1. This is an action by the administrator of Teamsters Local 404 Health Services and Insurance Plan (hereinafter, the "Plan") for the collection of delinquent contributions due that employee welfare benefit plan.

### Jurisdiction and Venue

2. The jurisdiction of this Court is founded upon Section 502(e)(1) of the Employee Retirement Income Security Act of 1974 (hereinafter, "ERISA"), as amended, 29 U.S.C. §1132(e)(1), which grants the district courts of the United States exclusive jurisdiction of civil actions brought to enforce the terms of an employee benefit plan and/or the provisions of ERISA.

3. Venue is appropriate in this Court under Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), which provides that an action may be brought in the district where the plan is administered.

## Parties

4. Eileen Tetrault (hereinafter, "Plaintiff") is the Fund Manager of the Plan and a "fiduciary" within the meaning of Section 502(a)(3) of ERISA, 29 U.S.C. §1132(a)(3). The Plan is a "multi-employer plan" as that term is defined in Section 3(37)(A) of ERISA, 29 U.S.C. §1002(37)(A), and is an "employee benefit plan" or "plan" as that term is defined in Section 3(3) of ERISA, 29 U.S.C. §1002(3). The Plan is administered by Trustees and exists for the exclusive purpose of providing health, medical and related benefits to its participants and beneficiaries. The Plan has its principal office and is administered from 115 Progress Avenue, Springfield, Massachusetts 01101.

5. N&B Express (hereinafter, "Defendant") is a Massachusetts corporation with a usual place of business at 20 Industrial Drive West, South Deerfield, Massachusetts 01373.

## Allegations of Fact

6. The Plan is established and exists by virtue of an Agreement and Declaration of Trust whose terms require a participating employer to make contributions in accordance with the terms of the employer's collective bargaining agreement(s) with Teamsters Local Union No. 404.

7. The Defendant, N&B Express, is a participating employer having entered into one or more collective bargaining agreements with Teamsters Local Union No. 404 (See Exhibit "A"). Pursuant to the terms of its collective bargaining agreement(s) with Local 404, the Defendant was obligated to make monthly contributions at stated hourly rates for each hour, up to forty in a week, that its employees received or were due pay under the collective bargaining agreement(s).

8. The Defendant has been delinquent in payment of its contributions for the period of August 2003 through October 2003, totaling approximately $150,000.00.

9. The Defendant has also failed to make interest payments on delinquent contributions as required by the terms of the Plan for the period of April 2002 through July 2003, totaling approximately $13,358.21.

10. By failing to make the required monthly contributions and interest payments, the Defendant has violated its collective bargaining agreement with Local 404 and the terms of the Plan.

**Prayers For Relief**

WHEREFORE, the Plaintiff prays that judgment enter for the following, all as provided for by Section 502(g)(2) of ERISA, 29 U.S.C. §1132(g)(2):

(1) The unpaid contributions;

(2) Interest on the unpaid contributions;

(3) An amount equal to the greater of –

(i) Interest on the unpaid contributions, or

(ii) Liquidated damages provided for under the Plan in an amount not in excess of 20 percent of the amount determined by the Court,

(4) Reasonable attorney's fees and costs of the action; and

(5) Such other legal and equitable relief as the Court deems appropriate.

For the Plaintiff,
**EILEEN TETRAULT,**
**FUND MANAGER of the TEAMSTERS LOCAL 404 HEALTH SERVICES & INSURANCE PLAN,**
By her attorney,

Matthew E. Dwyer
B.B.O. #139840
Dwyer, Duddy & Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
(617) 723-9777

Dated: 12/17/03
f:\l404hsip\n&b\pldgs\complaint.doc:blg

EXHIBIT

A

MEMORANDUM OF AGREEMENT

This Memorandum of Agreement is hereby entered into by and between N & B Express, Inc. (the Employer) and Teamsters Union, Local 404 (the Union).

The parties hereby agree to make the following changes to their most recent collective bargaining agreement which expired on March 31, 2003:

1. The Employer will continue to negotiate with the Union an addendum to the National Master Freight Agreement negotiating on economic and non economic issues.

2. Effective upon the execution of this Memorandum of Agreement, the B Wage Rate shall be eliminated and all employees shall be moved to the A Wage Rate.

3. Effective upon the execution of this Memorandum of Agreement, the A Wage Rate shall be reduced by ten percent (10%) from eighteen dollars and sixty-three cents ($18.63) to sixteen dollars and seventy-seven cents ($16.77) through March 31, 2004 or sooner in accordance with the finances of the Company.

4. Effective August 1, 2003, the Employer shall deduct sixty cents ($.60) per hour up to a maximum of twenty-four dollars ($24.00) per week from each employee's wages. Employees will sign an authorization for this deduction.

5. The Company will pay the applicable Health and Welfare and Pension August 1, 2003 to August 1, 2004 as agreed. The Company will meet with the Union on a quarterly basis over the next year through March 31, 2004 to review the Company's financial standing. If and when the Employer can meet its current obligations and pay all deferrals and accounts in arrears the Employer will meet with the Union. However, the Employer will meet with the Union irregardless, to re-open negotiations on monetary issues on or before March 31, 2004, but no later than March 31, 2004.

Frank A. Gentile
President, Executive Officer
Teamsters Union, Local 404

Date 5-27-03

James Capelli
President
N & B Express, Inc.

Date 5/28/03




# New England Supplemental Agreement

For the Period of
April 1, 1998
Through
March 31, 2003

in

CONNECTICUT MASSACHUSETTS

RHODE ISLAND

Local Unions:

25, 59, 170, 191, 251, 404, 437, 443,
493, 653, 671, and 677

# NEW ENGLAND SUPPLEMENTAL

# FREIGHT AGREEMENT

## For the Period:

## Beginning April 1, 1998

## And Ending March 31, 2003

## in

## CONNECTICUT MASSACHUSETTS

## RHODE ISLAND

The ______________________________ hereinafter referred to as the EMPLOYER, (Company)

and

LOCAL UNION No.________, affiliated with the INTERNATIONAL BROTHERHOOD OF TEAMSTERS, hereinafter referred to as the UNION, agree to be bound by the terms and provisions of this Agreement.

This Supplemental Agreement is supplemental to and becomes a part of the Master Freight Agreement, hereinafter referred to as the "Master Agreement" for the period commencing April 1, 1998, which Master Agreement shall prevail over the provisions of this Supplement in any case of conflict between the two, except as such Master Agreement may specifically permit. Questions arising out of alleged conflicts shall be submitted directly to the National Grievance Committee.

## ARTICLE 40 - SCOPE OF AGREEMENT

### Section 1. Operations Covered

The execution of this Supplemental Agreement on the part of the Employer shall cover all over-the-road and local operations of the Employer within, into and out of the area and territory described above.

All operations and work covered herein shall be performed exclusively by employees covered by this Agreement.

### Section 2. Employees Covered

(a) Employees covered by this Agreement shall be construed to mean, but not limited to, any driver, chauffeur or driver helper operating a truck, tractor, motorcycle, passenger or horsedrawn vehicle, or any other vehicle operated on the highways, street or private road, for transportation purposes when used to defeat the purpose of this Agreement. The term employees also includes, but is not limited to, all employees used in dock work, switching, checking, drag lines, stacking, loading, unloading, handling, shipping, receiving and assembling.

(b) Over-the-road employees shall be any driver, chauffeur, or driver-helper operating a truck or tractor, or any other vehicle, for line haul transportation purposes, between the terminal areas and overhead drivers as defined herein.

(c) Rigging work covered by this Agreement shall be any work in which the trucks, tools and equipment of the Employer, such as chain falls, cable or rope falls, rolls, jacks, blocking, dollies, steel and wood skids and any other equipment, including mobile cranes, winches, fork lift trucks and all other power units, are used by the Employer in the rigging craft, and further including the loading and unloading of materials at railroads and all other shipping and receiving facilities.

(d) Supervisory personnel of the Employer shall be restricted from performing the work which is recognized as the work of employees covered by this Agreement except as otherwise provided in this Agreement.

(e) In the event that any Employer signatory to this Agreement puts



into effect a freight operation requiring the use of a helicopter pilot, co-pilot and/or ground crews, it is hereby agreed to and recognized that such employees shall be included as employees within the scope of this bargaining unit.

### Section 3. Notice of Opening and Closing Terminals

If the Employer contemplates opening or closing any terminals within the jurisdiction of the twelve (12) Local Unions listed on the title page hereof, he shall notify the Local Unions at least thirty (30) days prior to making such change.

### Section 4. Hired or Leased Equipment

In all cases hired or leased equipment shall be operated by a bargaining unit employee of the Employer. The Employer expressly reserves the right to control the manner, means and details of, and by which the owner-operator performs his service, as well as the ends to be accomplished.

## ARTICLE 41 - STEWARDS - APPOINTMENTS AND DUTIES

The Employer recognizes the right of the Union to designate job stewards and alternates for each terminal from the Employer's seniority list, but no more than one in each classification. The authority of job stewards and alternates so designated by the Union shall be limited to, and shall not exceed the following duties and activities:

1. The investigation and presentation of grievances to his Employer, or the designated company representative in accordance with the provisions of this collective bargaining agreement;

2. The collection of dues when authorized by appropriate Local Union official;

3. The transmission of such messages and information which shall originate with, and are authorized by the Local Union or its officers, provided such messages and information:

(a) have been reduced to writing, or

(b) if not reduced to writing, are of a routine nature and do not involve work stoppages, slow-downs or refusals to handle goods.

(c) Failure on the part of the Employer to allow stewards sufficient time to perform his or her duties as outlined above or harassment by either party, shall be subject to the grievance machinery.

Job stewards and alternates have no authority to take strike action, cause a slowdown or any other action interrupting the Employer's business, except as authorized by official action of the Union. The Employer recognizes these limitations upon the authority of job stewards and their alternates, and shall not hold the Union liable for any unauthorized acts. The Employer in so recognizing such limitations shall have the authority to impose proper discipline, including discharge, in the event the shop steward has taken unauthorized strike action, or work stoppage in violation of this Agreement. The Union reserves the right to remove the Shop Steward at any time, for the good of the Union.

The Union Steward shall be accorded Super Seniority with respect to terms and conditions of employment for layoff and recall purposes only, and in other situations that assure the Steward greater accessibility to co-workers to genuinely assist him to perform his functions as a Steward which will be to the benefit of co-workers.

NOTE: This Article supersedes the Stewards' Article in the National Master Freight Agreement.

## ARTICLE 42 - ABSENCE

### Section 1. Time Off for Union Activities

The Employer agrees to grant the necessary and reasonable time off, without discrimination or loss of seniority rights and without pay, to any employee designated by the Union to attend a labor convention or serve in any capacity or other official Union business, provided forty-eight (48) hours' written notice is given to the Employer by the Union, specifying length of time off. The Union agrees that, in making its request for time off for Union activities, due consideration shall be given to the number of men affected in order that there shall be no disruption of the Employer's operation due to lack of available employees.



### Section 2. Leave of Absence

Any employee desiring leave of absence from his employment shall secure written permission from both the Local Union and Employer. The maximum leave of absence shall be for thirty (30) days and may be extended for like periods. Permission for extension must be secured from both the Local Union and Employer in writing. During the period of absence, the employee shall not engage in gainful employment. Failure to comply with this provision shall result in the complete loss of seniority rights for the employees involved. Inability to work because of proven sickness or injury shall not result in the loss of seniority rights.

## ARTICLE 43 - SENIORITY

### Section 1.

(a) Seniority for employees governed by this Agreement shall be defined as the period of employment with the Employer in the work covered by this Agreement, at the terminal (or terminals) within the jurisdiction of the Local Union(s). It shall be deemed to include any seniority presently held by an employee through agreement between the Employer and the Local Union prior to this Agreement. Where the current practice of a Master Seniority List exists, it will continue in effect for the duration of this Agreement.

### Probationary Employees

(b) (1) All new employees shall be hired on a thirty (30) calendar days' trial basis and shall work under the provisions of this Agreement, within which time they may be dismissed without protest by the Union. However, the Employer may not discharge or discipline for the purpose of evading this Agreement or discriminating against Union members. After thirty (30) days' trial period they shall be placed on the seniority list as regular employees in accordance with their date of hire, provided, however, that an employee must work a minimum of ninety-six (96) hours during his thirty days' trial period.

In case of discipline within the thirty (30) day period, the Employer shall notify the Local Union in writing.

(2) During the probationary period, the employee may be terminated without further recourse; provided, however, that the Employer may not terminate the employee for the purpose of evading the Agreement or discriminating against Union members. A probationary employee who is terminated by the Employer during the probationary period and is then worked again at any time during the next full twelve months at any of that Employer's locations within the jurisdiction of the Local Union covering the terminal where he first worked, except in those jurisdictions where the Local Union maintains a hiring hall or referral system, shall be added to the regular seniority list with a seniority date as of the date that person is subsequently worked.

(3) Probationary employees shall be paid at the new hire rate of pay during the probationary period; however, if the employee is terminated by the Employer during such period, he shall be compensated at the full contract rate of pay for all hours worked retroactive to the first day worked in such period.

All new employees (probationary, casual, etc.) shall start only on established starting times on the working schedule except as a replacement for absenteeism or sickness or for the purpose of making pickups only.

An employee who so qualifies for seniority status shall have his seniority date revert back to his first day worked within the thirty (30) days probationary period.

## Casual Employees

(1) A casual employee is an individual who is not on the regular seniority list and who is not serving a probationary period. Casuals shall not have seniority status. Casuals shall not be discriminated against for future employment.

(2) When an Employer utilizes a casual employee for fifteen (15) days within a calendar month, excluding coverage for vacation vacancies (5/1-10/31), he shall begin his probationary status effective with his 16th day worked. He shall gain seniority status after having worked a minimum of ninety-six (96) hours within a thirty (30) calendar day period and having worked the first (1st) and thirtieth (30th) day of the thirty (30) calendar day period. His seniority date shall be the first (1st) day worked within that thirty (30) day pro-



bationary period.

(3) A monthly list of all extra (e.g., laid-off), casual (supplemental or replacement) and/or probationary employees used during that month shall be submitted to the Local Unions by the tenth (10th) day of the following month. Such list shall show:

(a) The employee's name, address, and Social Security number;

(b) The dates worked;

(c) The classification of work performed each day, and the hours worked;

(d) The name, if applicable, of the employee replaced. This list shall be compiled on a daily basis, and shall be available for inspection by a Union representative and/or shop steward.

## Regular Employees

(c) Preference shall be given to regular employees older in service and in order of their seniority to the work available, provided that such employees are available at such time as the work is assigned and are qualified to perform the work required.

(d) Regular employees in order of their seniority shall have preference:

(1) In selection of starting times and assignment from the working schedule.

(2) In filling of vacancies and job opportunities in the working schedule.

(3) To work opportunity in the event of layoff for lack of work.

(4) In recall to work after layoff.

(5) In selection of vacations from the vacation schedule.

(6) Seniority does not give an employee the right to choose any specific unit or load.

(e) All jobs shall be bid at least on an annual basis, within thirty (30) days of the commencement of each contract year. A definite reporting time and working schedule covering all regular employees shall be established by the Employer and the Union. It being understood that no employee shall be required to work in excess of

ten (10) hours after returning from one tour of duty whether it be by driving or a combination of driving and dock work, provided the involved employee notifies his superior at the start of his work day, emergencies excluded. Current area practices shall continue with regard to break periods. There shall be no layoff to evade the provisions of this Agreement relating to scheduling and starting time. No change in any assignment or reporting time under the schedule, shall be made by the Employer without the consent of the Union. The schedule, when changed and agreed upon, shall be posted by the Employer on Monday to become effective the following Monday. The requirement of Union "consent" does not mean the Union may arbitrarily or capriciously refuse to recognize the Employer's need to operate an efficient business and in doing so recognize his need to increase or decrease the number of employees, which may necessitate the changing of schedules and starting time consistent with his business requirements.

The Employer and the Union may agree, subject to approval by the New England Supplemental Negotiating Committee, to have 4-10 hour bids, which shall be consecutive, Monday-Thursday or Tuesday-Friday.

All 4-10 hour bid employees shall be guaranteed a 40 hour week regardless of seniority. Employees working a 4-10 hour bid shall receive holiday pay equal to ten (10) hours. If required to work on a 5th day during any week, the employees shall be compensated at the time and one-half rate of pay for all hours worked. Any employee on the seniority list as of the employee effective date of this Agreement, shall not be forced on a 4-10 hour bid.

Any employee senior to a 4-10 hour bid man, not receiving more than three (3) days work in a week, due to layoff, may bump the most junior 4-10 hour bid man the following payroll period. Notification of intention to bump must be made known to the Employer no later than noon on Friday, preceding the next payroll period. It is understood that the employee that bumps into 4-10 hour bid must remain on said bid until such time as he is displaced by layoff or rebid.

(f) Regular employees in the order of their seniority shall have the right to select their reporting times and assignments from the schedule, and to hold such assignments unless displaced by a change in schedule or by layoff for lack of work.



(g) Sunday and Saturday work shall be apportioned among the regular employees in the manner determined by the Local Union and the Employer.

(h) An employee called to work before his regular scheduled report time shall not be required to take time off to compensate therefor.

(i) An Act of God may exist if severe weather conditions exist at a: terminal proper; within the general geographical area served by a Local Cartage terminal; or in the final leg of road operations so that the terminal(s) is not receiving freight in accordance with the normal schedule.

Conditions may vary from carrier to carrier and an Act of God situation may exist for one or more carriers and not others.

A terminal must declare an Act of God emergency uniformly by shift cancellations, until such time as the Act of God emergency is revoked.

Employees working while the Act of God is invoked are subject to the eight (8) hour guarantee.

Work opportunities during the Act of God emergency must be offered in seniority order providing the employee will protect his next regularly scheduled starting time once the Act of God has been canceled.

Upon revocation of the Act of God emergency employees will be recalled uniformly by shift or will report as scheduled at their assigned starting times.

An employee shall be notified of a layoff at the end of his tour of duty, except for an Act of God, fire or utility failure. In the event of layoff, the most junior employee shall be the first laid off and rehiring shall be in inverse order of seniority. Road drivers laid off during the week may bump into City Board only at the beginning of the next payroll period, and city employees laid off during the week may bump into the Road Board only at the beginning of the next payroll period. However, laid-off employees shall be entitled to extra work if available and qualified.

(j) In the event of a recall of an employee laid off, the laid-off employee shall be given notice, at least the night before (except for absenteeism or sickness on that day), or recall by telephone or telegram or personal contact, to the address last given the Employer by the

employee. Where work develops during the next day, the Employer shall, in the order of seniority of the laid-off men, make such work available by telephoning or telegram or personally contacting the employee at his home or such place as he shall have designated with the dispatcher as the place of contact. An employee recalled by the above procedure must notify the Employer as soon as possible in advance of the specified time for his report of his intention to report. In the event the employee fails to comply with the above provision he shall have no claim for work opportunity lost until he reports, but the Employer shall be responsible for the work opportunity lost if he shall fail to comply with these provisions. If an employee is recalled at a time other than his scheduled starting time (except as a replacement for absenteeism or sickness, or for the purpose of making pickups only) it must be at a starting time previously established on the working schedule.

## Section 2. Opening and/or Closing of Branches, Terminals, Divisions or Operations

(a) Opening New Branches, Terminals, Divisions or Operations

1. When a new branch, terminal, division or operation is opened (except as a replacement for existing operations or as a new division in a locality where there are existing operations), the Employer shall offer the opportunity to transfer to regular positions in the new branch, terminal, division or operations in the order of their company or classification seniority, to employees in those branches, terminals, divisions or operation which are affected in whole or in part by the opening of the new branch, terminal, division or operation. This provision is not intended to cover situations where there is replacement of an existing operation or where a new division is opened in a locality where there is an existing terminal. In these latter situations, laid-off employees in the existing facilities shall have first opportunity for employment at the new operation in accordance with their seniority. If all regular full-time positions are not filled in this manner, then the provisions of the above paragraph shall apply.

2. The transferred employees, other than those referred to in the exception to Section 1, above, shall, within the jurisdiction of this Supplemental Agreement, for a period of thirty (30) days following the transfer, have an unqualified right to return to their old branch,



terminal, division, or operation if it is still in existence and carry with them their seniority at that old branch, terminal, division, or operation. Employees who avail themselves of the transfer privileges because they are on layoff at their original terminal may exercise their seniority rights if work becomes available at the original terminal. Transferred employees shall have, after thirty (30) days, the same privileges with respect to subsequent transfers as set forth in paragraph 1 above.

(b) Closing of Branches, Terminals, Divisions or Operations

1. When a branch, terminal, division or operation is closed and the work of the branch, terminal, division or operation is eliminated an employee who was formerly employed at another branch, terminal, division or operation shall have the right to transfer back to such former branch, terminal, division or operation into which he is transferring provided he has not been away from such original terminal for more than two years.

2. When a branch, terminal, division or operation is closed or partially closed and the work at the branch, terminal, division or operation is transferred to another branch, terminal, division or operation in whole or in part, an employee at the closed or partially closed down branch, terminal, division or operation shall have the right to transfer to the branch, terminal, division or operation into which the work was transferred if regular work is there available.

(c) In the opening and/or closing of branches, terminals, divisions or operations, the provisions of the National Master Freight Agreement shall apply except that within the jurisdiction of this Supplemental Agreement an employee shall exercise his seniority on a Company basis in the affected branches, terminals, divisions or operations. It is further understood that those employees affected shall transfer to the branches, terminals, divisions or operations creating one master seniority list; and those employees lowest on the seniority list shall be laid off first.

(d) Classifications "Qualifications"

In all transfers referred to in Section 2 (a) and (b) above the employee must be qualified to perform the job by experience in the classifications.

(e) Merger

When two or more companies merge their operations then the employees of the respective companies shall all be placed on one seniority roster in the order of the earliest date of hire of each of the employees with their respective Employer.

(f) Acquisition or Purchase

When one Company acquires or purchases control of the business of another Company the seniority list shall be frozen on the date of signing the Agreement to purchase, including control by an ICC order. The employees of the Company so acquired or purchased shall be placed at the bottom of the acquiring or purchasing Company's seniority roster in the order of their payroll or Company seniority with the former Company. If the Employer requires additional men he shall give preference to the employees of the former Company for a period of 150 working days after the date of purchase, or duration of the contract, whichever is greater.

(g) Regulatory Agencies

The decision of the Interstate Commerce Commission or State Regulatory Body shall be considered as presumptive proof as to the nature of the transaction relative to mergers, purchases, acquisitions, and/or other combinations of two or more contract or common carriers.

(h) Dispute Procedures

If a dispute arises concerning the interpretation or application of the foregoing provisions dealing with seniority, then the subject matter of such dispute may be taken up by the aggrieved party with the Joint Area Committee provided for herein.

## Section 3. "House Concerns"

Where the Employer acquires or has acquired the work, or trucks of any so-called "House Concern" the employees of said concern shall be confined exclusively to the work they performed while in the employ of said concern. Those employees shall hold seniority on the work of said concern as if they were actually employed by said concern, in addition to maintaining a seniority standing on the Employer's seniority list from the day such employees started to work on the Employer's payroll. If, however, there is no work for said employees on the "House Concern's" work, the said employees shall



work, in their proper seniority as of the date of hire by the Employer on the Employer's work and shall be governed by the terms of this Agreement.

Past practices shall prevail as to when "House Concern" employees may exercise their company-earned seniority on jobs other than their "House Concern" job.

## Section 4. Loss of Seniority

(a) Seniority shall be broken only by:

1. Discharge

2. Voluntary Quit

3. Failure to respond to a notice of recall as specified in Section 1 (j) of this Article for regular work seven (7) consecutive days after receiving notice, or by mutual agreement.

4. Unauthorized leave of absence.

5. Unauthorized failure to report for work for three (3) consecutive days when working and on seniority list.

6. Retirement.

(b) Any employee who is absent because of proven illness or injury shall maintain his seniority.

# ARTICLE 44 - OTHER BUSINESS, ETC.

## Section 1. Other Business

During the term of this Agreement or any renewal thereof, the Employer shall not directly or indirectly operate, maintain or conduct any establishment or place of business, or cause any establishment or place of business to be operated or maintained or conducted where the effect thereof is to render the terms of this Agreement inapplicable for the purpose of evading the terms of this Agreement.

## Section 2. Extra Contract Agreements

The Employer agrees not to enter into any agreement or contracts

with his employees, individually or collectively, which in any way conflicts with the terms and provisions of this Agreement. Any such agreement shall be null and void.

### Section 3. New Equipment and/or Operations

If the Employer wishes to put into use any type of equipment and/or operations or jobs for which rates of pay are not established by this Agreement, such equipment, operations or job shall not be put into force until the use of such equipment, operation or job and the rate of pay shall have been established by the negotiating committees between the parties; provided, however, the Employer may put into use such equipment, operation or job on a trial basis with a tentative rate agreed upon in advance.

## ARTICLE 45 - GRIEVANCE MACHINERY COMMITTEE

### Section 1. New England Joint Area Committee

The Employers and the Unions shall together create a permanent New England Joint Area Committee, hereinafter referred to as the Joint Area Committee, composed of the following Local Unions: 25, 59, 170, 191, 251, 404, 437, 443, 493, 653, 671, and 677. The Joint Area Committee shall consist of an equal number appointed by Employers and Unions but no less than two (2) from each group. Each member may appoint an alternate in his place. The Joint Area Committee shall at its first meeting formulate rules of procedure to govern the conduct of its proceedings. The Joint Area Committee shall have jurisdiction over disputes and grievances involving Local Unions or complaints by Local Unions participating in such Committee. This Joint Area Committee shall meet at established times and at a mutually convenient location.

### Section 2. Eastern Region Joint Area Committee

The Employers and the Unions shall together create a permanent Eastern Region Joint Area Committee which shall consist of delegates from the Eastern Region Area. This Eastern Region Joint Area Committee shall meet at established times and at a mutually convenient location.



### Section 3. Contiguous Territory

If a dispute or grievance arising out of operations under this Agreement involves a Local Union situated in contiguous territory, such dispute or grievance shall be referred to the Joint Area Committee for handling by the Executive Secretary of the New England Joint Area Committee, and after such reference shall be handled under the usual procedure of that Joint Area Committee.

### Section 4. Function of Committees

It shall be the function of the various committees, above referred-to, to settle disputes which cannot be settled between the Employer and Local Union in accordance with the procedures established herein. All committees established under this Article may act through subcommittees duly appointed by such committees.

### Section 5. Change of Terminals, etc.

Present terminals, breaking points, or domiciles shall not be transferred or changed without the Employer first having asked for and received approval from the appropriate Change of Operations Committee. This shall not apply within a twenty-five (25) mile radius, or within the jurisdiction of a Local Union. (Change of domicile for the purpose of having opposing labor and runs is not prohibited by this Section.)

### Section 6. Attendance

Meetings of all Committees above-referred-to must be attended by each member of such Committee or his alternates.

### Section 7. Examination of Records

The Local Union or the Joint Area Committee and Eastern Region Joint Area Committee shall have the right to examine time sheets and any other records pertaining to the computation of compensation of any individual or individuals whose pay is in dispute.

# ARTICLE 46 - GRIEVANCE MACHINERY AND UNION LIABILITY

## Section 1.

The Union and the Employers agree that there shall be no strike, lockout, tie-up, or legal proceedings without first using all possible means of a settlement, as provided for in this Agreement, of any controversy which might arise. Disputes shall first be taken up between the Employer and the Local Union involved. Failing adjustment by these parties, the following procedure shall then apply:

(a) All grievances involving the provisions of the New England Supplemental Freight Agreement shall be heard by the New England Joint Area Committee. Where the New England Joint Area Committee, by a majority vote, settles a dispute, no appeal may be taken to the Eastern Region Joint Area Committee. Such a decision will be final and binding on both parties.

(b) Where the New England Joint Area Committee is unable to agree or come to a decision on a case, it shall be submitted or appealed to the Eastern Region Joint Area Committee at the next regular constituted session, at the request of the Employer or Union involved, except as otherwise provided in (d) below. Where the Eastern Region Joint Area Committee, by a majority vote, settles a dispute, such decision shall be final and binding on both parties with no further appeal. Minutes of the New England Joint Area Committee shall set forth the position and facts relied on by each party, but each party may supplement such minutes at the hearing before the Eastern Region Joint Area Committee.

Cases deadlocked by the Eastern Region Joint Area Committee shall be referred to the National Grievance Committee unless otherwise provided for by Articles 7 and 8 of the National Master Freight Agreement. Otherwise, either party shall be permitted all legal or economic recourse.

(c) It is agreed that all matters pertaining to the interpretation of any provision of the New England Supplemental Freight Agreement may be referred by the Area Secretary for the Union and/or the Area Secretary for the Employers at the request of either the Employers or the Union, parties to the issue, with notice to the other Secretary,



to the New England Supplemental Freight Agreement Negotiating Committee for final interpretation.

(d) Deadlocked cases other than discharge cases may be submitted to umpire handling if a majority of the New England Joint Area Committee determines to submit such matter to an umpire for decision. Before any strike or stoppage of work takes place over a grievance or interpretation arising out of this contract that cannot be settled in accordance with the grievance machinery as set out in this Agreement, there must be approval by the Director of the Eastern Region of Teamsters or his designee with notice of such approval to be given to the Employer in writing. The granting of such approval by the Director of the Eastern Region of Teamsters or his designee shall not impose any liability on said Region. If a discharge case is deadlocked at the New England Joint Area level, it shall be submitted to an impartial umpire for handling. The Joint Area Committee shall attempt to agree on such umpire. If the Joint Area Committee cannot agree within ten (10) days after the deadlock, such umpire shall be selected from a panel of three submitted by the presiding judge of the Federal District Court. Selection of the umpire shall be made by the alternate striking of names within seventy-two (72) hours after the names are submitted to the parties. Hearing shall be held within ten (10) days thereafter. The decision of the umpire shall be final and binding. The fees and cost of the umpire shall be divided equally between the Employer and the Union involved.

(e) Failure of the Joint Committee to meet without fault of the complaining side, refusal of either party to submit to or appear at the grievance procedure at any stage, or failure to comply with any final decision withdraws the benefits of this Article.

(f) In the event of strikes, work-stoppages, or other activities which are permitted in case of deadlock, default, or failure to comply with majority decisions, no interpretation of this Agreement by any tribunal shall be binding upon the Union or affect the legality or lawfulness of the strike unless the Union stipulates to be bound by such interpretation, it being the intention of the parties to resolve all questions of interpretation by mutual agreement. Nothing herein shall prevent legal proceedings by the Employer where the strike is in violation of this Agreement.

(g) The procedures set forth herein may be invoked only by the

authorized Union representative or the Employer.

(h) Complaints must be in writing to the Secretary of the Area Board with a copy to the employer and in such form as prescribed by the Board. Except as otherwise provided in this Agreement and except for the payment for improper hourly or mileage rates, the Union on behalf of its members must file any claim for alleged violation of this Agreement not later than thirty (30) days after the alleged violations were made known to the employee. The Employer must file any claim for alleged violation of this Agreement not later than thirty (30) days after the alleged violation was made known to the Employer.

## Section 2.

It is further mutually agreed that the Local Union will, within two weeks of the date of the signing of this Agreement, serve upon the Company a written notice, which notice will list the Union's authorized representatives who will deal with the Company, make commitments for the Union generally, and in particular have the sole authority to act for the Union in calling or instituting strikes or any stoppages of work, and the Union shall not be liable for any activities unless so authorized. It is further agreed that in all cases of an unauthorized strike, slowdown, walk-out, or any unauthorized cessation of work in violation of this Agreement, the Union shall not be liable for damages resulting from such unauthorized acts of its members. While the Union shall undertake every reasonable means to induce such employees to return to their jobs during any such period of unauthorized stoppage of work mentioned above, it is specifically understood and agreed that the Company during the first twenty-four (24) hour period of such unauthorized work stoppage shall have the sole and complete right of reasonable discipline short of discharge, and such Union members shall not be entitled to or have any recourse to any other provisions of this Agreement.

After the first twenty-four (24) hour period of such stoppage and if such stoppage continues, however, the company shall have the sole and complete right to immediately discharge any Union member participating in any unauthorized strike, slowdown, walk-out, or any other cessation of work, and such Union members shall not be entitled to or have any recourse to any other provision of this Agreement. It is further agreed and understood that the Unions



shall not be liable for any strike, breach or default in violation of this Agreement unless the act is expressly authorized by its Executive Board. A properly designated officer of the Unions shall, within twenty-four (24) hours after request is made to the Executive Secretary of the Unions declare and advise the party making such request, by telegram, whether the Union has authorized any strike or stoppage of work. The Union shall make immediate effort to terminate any strike or stoppage of work which is not authorized by it without assuming liability therefor.

It is understood and agreed that failure of the Union to authorize a strike by a Local Union shall not relieve such Local Union of liability for a strike authorized by it and which is in violation of this Agreement.

## Section 3.

Notwithstanding anything herein contained, it is agreed that in the event any Employer is delinquent at the end of a period in the payment of his contribution to the Health and Welfare or Pension Fund or Funds, created under this Agreement in accordance with the rules and regulations of the Trustees of such Funds, after the proper official of the Local Union has given seventy-two (72) hours notice to the Employer of such delinquency in Health and Welfare or Pension payments, the employees or their representatives shall have the right to take such action as may be necessary until such delinquent payments are made, and it is further agreed that in the event such action is taken, the Employer shall be responsible to the employees for losses resulting therefrom.

## Section 4. National Grievance Committee

Grievances and questions of interpretation which are subject to handling under the provision of Article 8 of the National Agreement shall be promptly referred to the National Grievance Committee in accordance with such Article 8.

# ARTICLE 47 - DISCHARGE AND SUSPENSION

The Employer shall not discharge nor suspend any employee without just cause, but in respect to discharge or suspension shall give

at least one (1) warning notice of the complaint against such employee to the employee, in writing, and a copy of the same to the Union affected, except that no warning notice need be given to an employee before he is discharged if the cause of such discharge is dishonesty or drunkenness, or recklessness resulting in serious accident while on duty, or the carrying of unauthorized passengers, failure to report a known accident, or illegal drug induced intoxication as outlined in Article 35, Section 3 of the Master Agreement. The warning notice as herein provided shall not remain in effect for a period of more than nine (9) months from date of said warning notice. Discharge must be by proper written notice to the employee and the Union affected. Any employee may request an investigation as to his discharge or suspension. Should such investigation prove that an injustice has been done an employee, he shall be reinstated. The New England Joint Area Committee shall have the authority to order full, partial or no compensation for time lost. Appeal from discharge, suspension, or warning notice must be taken within ten (10) days by written notice, and a decision reached within thirty (30) days from the date of discharge, suspension or warning notice. If the employee involved is not within the home terminal area when the action of discharge, suspension or warning notice is taken, the ten (10) day period will start from the date of his return to the home terminal. If no decision has been rendered on the appeal within thirty (30) days the case shall then be taken up as provided for in Article 46 of this Agreement.

Any employee discharged away from his home terminal shall be provided the fastest available transportation to his home terminal at the Employer's expense.

The Local Union and the Employer agree all warning letters shall be considered as being automatically protested.

## ARTICLE 48 - PAYROLL PERIOD

The payroll period shall be run from Sunday to Saturday inclusive with pay day not later than Friday noon of the next week. Each employee shall be provided with a statement of gross earnings and an itemized statement of deductions made for any purpose each week. When the regular pay day occurs on a holiday or day celebrated as such, the Employer may pay the employees on the regu-



lar work day immediately preceding the holiday, but in no event later than Friday.

Regular employees scheduled on a Sunday start shall receive their pay by the end of their regularly scheduled work week.

## ARTICLE 49 - SUNDAYS AND HOLIDAYS

(a) (1) The following shall be recognized as paid holidays and all regular employees shall be paid eight hours' straight time pay therefor: New Year's Day, Presidents' Day, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, the day after Thanksgiving Day, December 24th, and Christmas Day, irrespective of the dates on which the above-named holidays fall.

(2) In addition there shall be two (2) personal holidays which may be the Employee's Birthday or any other day mutually agreed to. It will be incumbent upon the employee to request such holidays from his Employer at least seven (7) days prior to said holiday. However, Road Drivers may elect to accept eight (8) hours' pay in lieu of such personal holiday. An employee after electing the holiday, or eight (8) hours pay in lieu of the holiday, shall have no recourse. All conditions in Article 49 relating to holidays shall apply, except that all regular employees hired after April 1, 1988, must work a minimum of ninety (90) days in order to qualify for the two (2) personal holidays.

(b) Regular employees shall be paid for each recognized holiday, or the day celebrated as such, irrespective of what day of the week the holiday falls, on the basis of eight (8) hours at their straight time rate, provided they work any day during the payroll period. Any regular employee laid off for lack of work shall not be deprived of his holiday pay if the layoff does not exceed thirty (30) days' duration. Regular employees required to work on any such days shall be paid the applicable premium rate in addition to the holiday pay.

(c) Probationary employees who work three (3) days during the payroll period in which a holiday occurs shall be paid for such holiday on the same basis as regular employees.

(d) The applicable minimum rate for work performed on Sundays or holidays, as such, shall be one and one-half (1-1/2) times the normal rate as shown in the Wage Rate Schedule herein for the first

eight (8) hours work, which shall be a guarantee. Work performed after eight (8) hours on those days shall be paid for at one and one-half (1-1/2) times the applicable premium rate.

(e) Employees on night work whose regular work begins on a Sunday or holiday evening, or ends on a Sunday or holiday morning, shall be given either the night before or the night after off, for their Sunday or holiday, in accordance with the Work Schedule. Regular employees shall not be deprived of their sixth punch by the use of extra help. Except in cases specifically agreed upon between the Employer and the Union, work on a night shift shall be treated as being performed on the day on which the shift ends. The holiday night shall not be staggered by the splitting of a single shift.

(f) If any of the above-named holidays occur when an employee is on vacation, he shall receive an extra day's pay in lieu of the holiday.

## ARTICLE 50 - VACATIONS

(a) Regular employees who have been on the Employer's payroll for one (1) year and who have worked at least one hundred thirty-five (135) days during that year, including any absence resulting from the performance of duties under this Agreement, shall be entitled to one (1) week's vacation with pay in each year to be taken during the vacation period provided in subsection (f) hereof. The requirement of 135 days of employment applies only to the first year of employment. In subsequent years all employees must work a minimum of twenty-five (25) days to qualify for vacation. The above provision shall be waived for employees retiring as of January 1 of any year; provided notice is given to Employer in December of previous year.

New employees hired during the previous year who are entitled to a vacation and older employees who do not work a full year shall receive vacation pay equal to the average of their earnings for the full weeks which they worked in that year, with a minimum of forty (40) hours at the current hourly rate.

All regular employees shall receive their vacation pay due them in advance on the basis of their earnings for the previous calendar year ending December 31, one fifty-second (1/52nd) of their earnings for each week of vacation, but not less than forty (40) hours' pay per



week at the current hourly rate. Any employee who is discharged or who quits between January 1st and May 1st shall receive the vacation allowance due him for that year. The Employer agrees he will issue separate checks for employees' vacations.

(b) Employees with two (2) years or more service shall be entitled to two (2) weeks' vacation with pay in each year.

(c) Employees whose eighth (8th) anniversary date falls on or after April 1, 1991, shall be entitled to three (3) weeks of vacation with pay in each year.

(d) Employees with fifteen (15) years or more service shall be entitled to four (4) weeks' vacation with pay in each year.

(e) Employees with twenty (20) years or more of service shall be entitled to five (5) weeks' vacation with pay in each year.

(f) Vacations must be taken between May 1 and October 31, unless otherwise mutually agreed to between the Employer and the Union, and any employee who has completed the required service before or within the vacation period shall be granted a vacation as provided herein. Notwithstanding the above, the fifth (5th) week of vacation as provided in (e) above must be taken outside of the vacation period so stated, but must be taken in the calendar year in which it is earned unless otherwise mutually agreed to between the Employer and the Union.

(g) The minimum number of regular employees allowed on vacation during the vacation period of 5/1-10/31 shall be ten percent (10%) of the number of active employees on the seniority list, by classification, unless otherwise agreed to.

(h) The vacation schedule must be posted by the Employer not later than April 1st to allow employees in the order of their seniority to make their vacation selection. The schedule shall remain posted for thirty (30) days, after which time it shall be taken down. Employees in the first 50% from the top of the seniority list must make their selection within the first fifteen (15) days after posting. Balance of board shall make selection in the remaining fifteen (15) days. Any employee failing to make his selection during such periods shall be assigned to whatever vacation period may be open.

(i) Upon discharge by the Employer, or quit by the employee, earned

vacation time and pay shall be included in all final wage payments. In case of death of an employee who is eligible for a vacation, vacation pay due such an employee shall be paid to the employee's estate.

## ARTICLE 51 - MISCELLANEOUS

### Section 1. Accident Reports

Any employee involved in any accident shall immediately or as soon as possible report said accident and any physical injury sustained. When required by his Employer, the employee before going off duty, and before starting his next shift, shall make out an accident report, in writing, on forms furnished by the Employer, and shall turn in all available names and addresses of witnesses to the accident. Such report shall be made out on the Company time.

### Section 2. Court Appearances

When an employee is required to appear in any court for the purpose of testifying, because of any accident he may have been involved in during working hours, such employee shall be reimbursed in full by the Employer for all earning opportunity lost because of such appearance. The Employer shall furnish the employee who is involved in an accident during working hours, with bail, bond and legal counsel, and shall pay in full for same. Said bail, bond and legal counsel shall remain assigned to the employee until all legal action in connection with said accident is concluded, provided the employee is not charged and convicted of criminal negligence. This Section shall not apply to employees who are found guilty of drunken driving when involved in an accident during working hours.

### Section 3. Safety Violations

(a) Equipment-Employees shall not be held responsible for vehicles not properly equipped to comply with State Motor Vehicle Laws, and shall be compensated for fines and time lost if summoned to court, etc., because of the same.

(b) Overloads-Employees shall not be held responsible for overloading vehicles. Whenever a driver is penalized because of such overload, the Employer shall bear all costs in connection with such



overload penalty, and shall pay all damages and assessments against the employee, including accrued overtime for delay, and/or any lost earning opportunity that the employee might suffer.

In the event the employee shall suffer a revocation of his chauffeur's license because of the violation of any laws by the Employer, the Employer shall provide suitable and continued employment for such employee, at not less than his regular earnings at the time of revocation of license, for the entire period of revocation of license, and the employee shall be reinstated to his previous assignment held prior to revocation of driver's license, after his driver's license is restored.

(c) Winter Safety Equipment-The Employer shall install heaters and defrosters or equipment required by law on all trucks and tractors.

### Section 4. Bonds

Should the Employer require any employee to give bond, cash bond shall not be compulsory, and any premium involved shall be paid by the Employer.

### Section 5. Examinations

All examinations when required by the Employer and performed under his direction shall be paid for by the Employer. Employees, other than applicants, shall be paid for all time required to take all such examinations, not to exceed two (2) hours at the straight time hourly rate of pay. If a dispute develops between the Employer and the Union as to whether or not the employee is physically qualified to work, the Union and the Employer shall mutually agree to an impartial doctor, hospital, clinic, etc., for the purpose of resolving the physical qualifications of the employee. All fees involved shall be borne by the Employer.

### Section 6. Personal Identification

If the Employer requires employees to carry personal identification, the cost of such personal identification shall be borne by the Employer.

### Section 7. On-the-Job Claims

The Employer agrees to cooperate toward the prompt disposition of employee on-the-job injury claims.

## Section 8. Loss or Damage

Employees shall not be charged for loss or damage unless clear proof of negligence is shown. This Section is not to be construed as permitting charges for loss or damage to equipment under any circumstances.

## Section 9. Access to Premises

Authorized agents of the Union shall have access to the Employer's establishment during working hours, including the right to check trucks in transit, investigate working conditions, collect dues, and inspect all time cards, log books and other payroll records of the Employer, for the purpose of determining whether or not the terms of this Agreement are being complied with. The Employer will make such records available within seven (7) days of the Union's request and will provide a suitable bulletin board in a conspicuous place for posting of information of interest to the members of the Union.

## Section 10. Injury on the Job

When a regular employee is injured on the job, he shall be guaranteed eight (8) hours' pay for the day injured, provided he is instructed to cease work as a result of an injury, by the Employer or his physician. (If required to visit hospitals, clinics, doctors' offices or other places for treatment or diagnosis, during days he is working during working hours, he shall be paid for the time involved in travel and treatment with a guarantee of eight (8) hours, and if required to make such visit outside working hours, he shall be paid for the time involved in travel and treatment, but not more than two (2) hours at his normal straight time rate of pay.)

## Section 11.

The Employer shall not hire employees who are gainfully employed on a full time basis elsewhere inside or outside the trucking industry, unless in conflict with applicable State or Federal law.

## Section 12. Other Equipment

(a) The Employer shall not require, as a condition of continued



employment, that an employee purchase a truck, tractor and/or tractor and trailer or other vehicular equipment.

(b) The Employer will not hire outside trucks except to supplement its own equipment when such equipment is in full use. When hired trucks are required, the men required to operate and work on them, irrespective of ownership shall be paid as employees of the Employer and shall be governed by the terms of this Agreement while so employed.

## Section 13. Death in Family

In the event of a death of the employee's immediate family, i.e., father, mother, sister, brother, son, daughter, husband or wife, it is recognized that the employee may need time off to attend the funeral services. A leave of absence will be granted the employee for the day of burial, the two (2) days preceding the day of burial and the day after burial. When these days fall within the regular workweek, Monday through Friday or Tuesday through Saturday, the Employer will pay to the employee his regular straight time pay for eight (8) hours per day for such days of absence. Notwithstanding the above, should an employee suffer a death in the employee's immediate family, he shall be guaranteed at least two (2) days of paid funeral leave.

## Section 14.

Terminal yardmen and hostlers shall be provided with rain gear. Any employee physically handling in substantial quantities, hides, creosoted items, spun glass, lamp black, barbed wire, and acids, shall be provided with rubber or leather aprons and gloves, not to exceed two (2) pair per calendar year, per yardman.

## Section 15.

The Employer agrees to deduct certain specific amounts each week from the wages of those employees who shall have given the Employer written authorization to make such deductions. The amount so deducted shall be remitted to the Teamsters Credit Union once each week. The Employer shall not make deductions and shall not be responsible for remittance to the Credit Union for any deductions for those weeks during which the employee has no earnings or in those weeks in which the employee's earnings shall be less than the amount authorized for deduction.