UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EILEEN TETRAULT, FUND MANAGER )
of the TEAMSTERS LOCAL 404 )
HEALTH SERVICES AND INSURANCE PLAN, )
        Plaintiff, )
)
v. )   CIVIL ACTION NO.
)
N&B EXPRESS, )
        Defendant, )   03-30307-MAP
)
and )
)
BANK OF WESTERN MASSACHUSETTS, )
        Trustee. )

## NOTICE TO DEFENDANT

Notice is hereby given that the Plaintiff in the above-entitled action will apply to the above Court for the approval of an attachment on trustee process of the goods, effects or credits of the Defendant, entrusted to and in the possession of the above Trustee, to the extent of $163,358.21. Enclosed with this notice are the following documents:

1. Complaint;

2. Motion For Approval Of Attachment On Trustee Process; and

3. Affidavit Of Eileen Tetrault In Support Of Plaintiff's Motion For Approval Of Attachment On Trustee Process.

You have the right to appear and be heard in opposition to the requested attachment. By appearing to be heard on the motion for approval of our attachment on trustee process, you will not thereby submit yourself to the jurisdiction of the Court nor otherwise waive service of the summons and complaint in the manner provided by law.

Respectfully submitted,
For the Plaintiff,
**Eileen Tetrault, Fund Manager
Of The Teamsters Local 404 Health
Services And Insurance Plan,**
By her attorney,

_____
Matthew E. Dwyer (BBO# 139840)
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
(617) 723-9777

Dated: __12/18/03__
f:\l404hsip\n&b\pldgs\notice.defendants.doc:blg

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing "Notice To Defendants" together with the items listed therein, was served on the defendant N&B Express, by first class mail, postage prepaid and by hand delivery thereof to the Defendant at the following address:

N&B Express
20 Industrial Drive West
South Deerfield, MA 01373

_____
Matthew E. Dwyer

Dated: __12/17/03__