UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN TETRAULT, FUND MANAGER of the TEAMSTERS LOCAL 404 HEALTH SERVICES AND INSURANCE PLAN, Plaintiff, <br><br> v. <br><br> N&B EXPRESS, Defendant, <br><br> and <br><br> BANK OF WESTERN MASSACHUSETTS, Trustee. | CIVIL ACTION NO. <br><br> 03-30307-MAP |

## MOTION FOR APPROVAL OF ATTACHMENT ON TRUSTEE PROCESS

Now comes the Plaintiff, Eileen Tetrault as Fund Manager of the Teamsters Local 404 Health Services and Insurance Plan (hereinafter, "Plaintiff") and hereby requests that this Court attach on trustee process the goods, effect, and credits of the Defendant in the amount of $163,358.21, entrusted to and deposited in the hands of the Bank of Western Massachusetts. In support of this motion, Plaintiff states that: (1) there is a reasonable likelihood that the Plaintiff will recover judgment, including interests and costs, in an amount equal to or greater than the amount of attachment requested; and (2) the amount of attachment requested is over and above any liability insurance of the Defendant to satisfy the judgment. As additional support, Plaintiff attaches the affidavit of Eileen Tetrault.

Respectfully submitted,
For the Plaintiff,
**Eileen Tetrault, Fund Manager
Of The Teamsters Local 404 Health
Services And Insurance Plan,**
By her attorney,

_/s/ Matthew E. Dwyer_
Matthew E. Dwyer (BBO# 139840)
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
(617) 723-9777

Dated: 12/11/03
f:\l404hsip\n&b\pldgs\mbt.app.trustee.process.doc:blg

2