UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN TETRAULT, FUND MANAGER of the TEAMSTERS LOCAL 404 HEALTH SERVICES AND INSURANCE PLAN, Plaintiff, <br><br> v. <br><br> N&B EXPRESS, Defendant, <br><br> and <br><br> BANK OF WESTERN MASSACHUSETTS, Trustee. | ) ) ) ) ) ) ) ) CIVIL ACTION NO. ) ) 03-30307-MAP ) ) ) ) ) ) ) |

## AFFIDAVIT OF EILEEN TETRAULT IN SUPPORT OF PLAINTIFF'S MOTION FOR APPROVAL OF ATTACHMENT ON TRUSTEE PROCESS

I, Eileen Tetrault, on oath do hereby depose and state:

1. My name is Eileen Tetrault. I am the Fund Manager of the Teamsters Local 404 Health Services and Insurance Plan. I have a usual place of business at 115 Progress Avenue, Springfield, Massachusetts 01101.

2. The Defendant and the Teamsters Local 404 are parties to a collective bargaining agreement which provides that the Defendant will make contributions to the Teamsters Local 404 Health Services and Insurance Plan.

3. The Plan is an "employee welfare benefit plan" within the meaning of the Employee Retirement Income Security Act, § 3(3), 29 U.S.C. § 1002(3).

4. Specifically, Article 64 of said collective bargaining agreement provides, "[f]or purposes of this Article, each hour paid for or any portion thereof, figured to the nearest quarter hour, as well as hours paid vacation, paid holidays and other hours for which pay is received by the employee shall be counted as hours for which contributions are payable."

5. Defendant has failed to make contributions to the Teamsters Local 404 Health Services and Insurance Plan for the months of August 2003 through October 2003.

6. Based upon the Defendant's prior contribution history, it has usually owed contributions of approximately $50,000.00 for each month of its operation. Therefore, the Defendant owes the Teamsters Local 404 Health Services and Insurance Plan approximately $150,000.00 for the period August through October 2003.

7. The terms of the Plan as administered by the Trustees require that interest be paid on delinquent contributions. The Defendant has failed to pay interest resulting from delinquent payment of contributions for the months of April 2002 through the present day.

8. Based upon remittance records it is estimated that the Defendant owes the Teamsters Local 404 Health Services and Insurance Plan approximately $13,358.21 in interest on delinquent contributions for the period April 2002 to July 2003.

9. I am unaware of any liability insurance held by the Defendant that will be available to satisfy any judgment rendered against it in this action.

10. Based on the fact that the Defendant has executed a collective bargaining agreement requiring contributions to the Plan and its failure to do so, there is a reasonable likelihood that the Plaintiff will recover interests and costs.

Signed, this day, under the pains and penalties of perjury,

December 5th, 2003

_____
Eileen Tetrault, Fund Manager of the
Teamsters Local 404 Health Services
And Insurance Plan

f:\l404hsip\n&b\pldgs\affidavit.et.trustee.process.doc:blg

2