UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN TETRAULT, FUND MANAGER of the TEAMSTERS LOCAL 404 HEALTH SERVICES AND INSURANCE PLAN, Plaintiff, <br><br> v. <br><br> N&B EXPRESS, Defendant, <br><br> and <br><br> BANK OF WESTERN MASSACHUSETTS, Trustee. | CIVIL ACTION NO. 03-30307-KPN |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned matter on behalf of the Plaintiff, Eileen Tetrault, Fund Manager of the Teamsters Local 404 Health Services and Insurance Plan.

        Respectfully submitted,
        for the Plaintiff,
        **Eileen Tetrault, Fund Manager of the Teamsters Local 404 Health Services and Insurance Plan,**
        By her attorneys,

        _____
        Matthew E. Dwyer (BBO# 139840)
        Brian M. Maser (BBO# 655667)
        Dwyer, Duddy and Facklam, P.C.
        One Center Plaza, Suite 360
        Boston, MA 02108
        (617) 723-9777

Dated: December 29, 2003
\\djserver\data\l404hsip\n&b\pldgs\bmm.notice.appearance.doc:blg