UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

**TRUSTEE WRIT**                                                                    CASE NO.   03-30307-KPN

EILEEN TETRAULT, FUND MANAGER OF THE
TEAMSTERS LOCAL 404 HEALTH SERVICE AND
INSURANCE PLAN, Plaintiff(s)

v.

N&B EXPRESS, Defendant(s)

BANK OF WESTERN MASSACHUSETTS, Trustee

## SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within twenty (20) days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any of the defendant N&B Express of 20 Industrial Drive West, South Deerfield, Massachusetts 01373 are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Eileen Tetrault, Fund Manager of the Teamsters Local 404 Health Services and Insurance Plan of 115 Progress Avenue, Springfield, Massachusetts 01101, whose attorneys are Matthew E. Dwyer and Brian M. Maser of Dwyer, Duddy and Facklam, P.C., One Center Plaza, Suite 360, Boston, Massachusetts 02108 may recover in an action brought against the said defendant in this Court to the value of $163,358.21 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on December 18, 2003. This attachment was approved on January 5, 2004 by Magistrate Judge Kenneth P. Neiman in the amount of $163,358.21.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in this Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c. 246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

By: _____
Deputy Clerk

Dated this 9 day of January, 2004

f:\l404hsip\n&b\pldgs\trustee.writ.doc:blg

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

January 12, 2004

I hereby certify and return that on 1/9/2004 at 02:45 pm I served a copy of the within SUMMONS TO TRUSTEE to the within named Trustee, BANK OF WESTERN MASS, Trustee by giving in hand to BERNARD T. DONNELLY, VICE PRESIDENT, at 29 STATE Street, SPRINGFIELD, MA 01103.  A copy of the SUMMONS TO TRUSTEE with the deputy's endorsement thereon, was served upon the defendant in the manner provided by Rule 5 of the Rules of Court on 1/12/2004, by mailing to N&B EXPRESS, 20 INDUSTRIAL DR., WEST SOUTH DEERFIELD, MA 01373. Attestation X 1 ($5.00), Travel ($1.28), Basic Service Fee ($30.00), Mailing ($3.00), PROOF OF SERVICE ($20.00), ATTESTATION - PROOF ($5.00), ON-CALL DEPUTY ($20.00) Total Charges $84.28



Deputy Sheriff

Deputy Sheriff   JORGE DIAZ