COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SEC.   CIVIL ACTION NO. 03-30307-KPN

EILEEN TETRAULT, FUND MANAGER OF THE )
TEAMSTERS LOCAL 404 HEALTH SERVICE AND )
INSURANCE PLAN )
)
                    Plaintiff )
)
Vs: )          ANSWERS OF TRUSTEE,
)          THE BANK OF WESTERN
N & B EXPRESS )          MASSACHUSETTS
)
                    Defendant )
)

    Now comes THE BANK OF WESTERN MASSACHUSETTS, Trustee, by and through its Keeper of the books and records, and says as follows:

NO FUNDS

    Signed under the pains and penalties of perjury this 9 day of JANUARY, 2004.

THE BANK OF WESTERN MASSACHUSETTS

BY: _____

29 State Street
Springfield, Massachusetts 01103

CERTIFICATE OF SERVICE

    I, _____, hereby certify that on the ____ day of _____, 2004 I caused a copy of the within Answer of Trustee to be served, via first class mail, postage prepaid, upon the following:

trustee.ans