UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN TETRAULT, FUND MANAGER<br>of the TEAMSTERS LOCAL 404<br>HEALTH SERVICES AND INSURANCE PLAN,<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>N&B EXPRESS,<br>　　　　　　　　　Defendant,<br><br>and<br><br>BANK OF WESTERN MASSACHUSETTS,<br>　　　　　　　　　Trustee. | CIVIL ACTION NO.<br>03-30307-KPN |

## AGREEMENT FOR JUDGMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)

The Plaintiff, Eileen Tetrault, Fund Manager of the Teamsters Local 404 Health Services and Insurance Plan, and the Defendant, N&B Express, by and through their respective attorneys, hereby agree that the following entry may be made on the docket for the above-captioned matter:

> "Judgment for the Plaintiff, Eileen Tetrault, Fund Manager of the Teamsters Local 404 Health Services and Insurance Plan, in the sum of $314,412.25.
>
> All rights of appeal are waived. Execution to issue forthwith."

| For the Plaintiff,<br>**Eileen Tetrault, Fund Manager of the<br>Teamsters Local 404 Health Service and<br>Insurance Plan,**<br>By her attorneys, | For the Defendant,<br>**N&B Express,**<br>By its attorney, |
|---|---|
| Matthew E. Dwyer (BBO# 139840)<br>Brian M. Maser (BBO# 655667)<br>Dwyer, Duddy and Facklam, P.C.<br>One Center Plaza, Suite 360<br>Boston, MA 02108<br>(617) 723-9777 | Joseph Collins (BBO# 092660)<br>Hendel & Collins, PC<br>101 State Street<br>Springfield, MA 01103<br>(413) 734-6411 |
| Dated: 1/28/04 | Dated: 1/30/04 |

Approved by the Court:

_____
U.S.D.J.

\\diserver\data\l404hsip\n&b\pldgs\agreement.for.judgment.doc:blg