UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN TETRAULT, FUND MANAGER of the TEAMSTERS LOCAL 404 HEALTH SERVICES AND INSURANCE PLAN, Plaintiff, v. N&B EXPRESS, Defendant, and BANK OF WESTERN MASSACHUSETTS, Trustee. | CIVIL ACTION NO. 03-30307-KPN |

## AGREEMENT FOR SATISFACTION OF JUDGMENT

The parties hereby agree that the judgment in favor of the Plaintiff for $314,412.25 in the above-captioned matter is comprised of the following elements pursuant to Section 502(g)(2), 29 U.S.C. §1132(g)(2) of ERISA:

a. Principal in the amount of $294,469.90 (representing contributions owed the Plaintiff for the months of August 2003 through and including December 2003);
b. Interest in the amount of $15,942.35 (calculated through January 2004); and
c. Reasonable attorneys' fees and costs in the amount of $4,000.00.

1. The Defendant, N&B Express, satisfy the Judgment by forwarding a certified or cashier's check payable to Eileen Tetrault, Fund Manager of the Teamsters Local 404 Health Services and Insurance Plan for each of the following amounts in accordance with the schedule set forth below:

$17,467.35 on or before February 1, 2004

$17,467.35 on or before March 1, 2004

$17,467.35 on or before April 1, 2004

$17,467.35 on or before May 1, 2004

$17,467.35 on or before June 1, 2004

$17,467.35 on or before July 1, 2004

$17,467.35 on or before August 1, 2004

$17,467.35 on or before September 1, 2004

$17,467.35 on or before October 1, 2004

$17,467.35 on or before November 1, 2004

$17,467.35 on or before December 1, 2004

$17,467.35 on or before January 1, 2005

$17,467.35 on or before February 1, 2005

$17,467.35 on or before March 1, 2005

$17,467.35 on or before April 1, 2005

$17,467.35 on or before May 1, 2005

$17,467.35 on or before June 1, 2005

$17,467.35 on or before July 1, 2005

    1A.    Defendant also agrees to pay interest on the principal sum of $294,469.00 at the rate of six percent (6%) per annum payable in quarterly installments on the then outstanding balance of principal due. The first such interest payment shall be due April 1, 2004 and quarterly thereafter until the principal shall have been repaid in full.

    1B.    The President of the Defendant, James Cappelli, hereby personally guarantees that all payments required of the employer herein will be made in a timely manner and will be made for the full amount owed. In the event of a failure by N&B Express to make timely payments in accordance with the foregoing schedule the entire remaining then unpaid balance together with their accrued interest shall be deemed immediately due and payable and Plaintiff shall be free to take any lawful measure against Mr. Cappelli or N&B Express to ensure that the amounts due hereunder are paid in full.

    2.    The Plaintiff agrees not to attempt to levy on or otherwise enforce its execution of the Judgment while the defendant remains in compliance with this Agreement. In consideration of

2

the promises contained herein, the Plaintiff hereby releases the Attachment On Trustee Process as against the Defendant's accounts at the Bank of Western Massachusetts.

3. Nothing in this Agreement For Satisfaction Of Judgment shall be construed as relieving or otherwise modifying the obligation of N&B Express to make timely remittances to the Teamsters Local 404 Health Services and Insurance Plan under the collective bargaining agreement between Teamsters Local 404 and N&B Express for months after December 2003.

For the Plaintiff,
**Eileen Tetrault, Fund Manager of the Teamsters Local 404 Health Service and Insurance Plan,**
By her attorneys,

_____
Matthew E. Dwyer (BBO# 139840)
Brian M. Maser (BBO# 655667)
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108
(617) 723-9777

Dated: 1/28/04

For the Defendant,
**N&B Express,**
By its attorney,

_____
Joseph Collins (BBO# 092660)
Hendel & Collins, PC
101 State Street
Springfield, MA 01103
(413) 734-6411

Dated: 1/30/04

For the Defendant,
**N&B Express,**
By its representative,

_____
James Cappelli, President
N&B Express
20 Industrial Drive West
South Deerfield, MA 01373

f:\l404hsip\n&b\pldgs\satisfaction.of.judgment.doc:blg

3