# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

EILEEN TETRAULT, FUND MANAGER )
of the TEAMSTERS LOCAL 404 )
HEALTH SERVICES AND INSURANCE PLAN, )
          Plaintiff, )
)
v. )         **CIVIL ACTION NO.**
)         **03-30307-KPN**
N&B EXPRESS, )
          Defendant, )
)
and )
)
BANK OF WESTERN MASSACHUSETTS, )
          Trustee. )

## JUDGMENT

Judgment for the Plaintiff, Eileen Tetrault, Fund Manager of the Teamsters Local 404

Health Services and Insurance Plan, in the sum of $314,412.25. All rights of appeal are waived.

Execution to issue forthwith.

Dated at Springfield, Massachusetts, this _3rd_ day of _February_ , 2004.

By the Court,

_Mary Finn_
U.S.D.J.