UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN TETRAULT, FUND MANAGER of the TEAMSTERS LOCAL 404 HEALTH SERVICES AND INSURANCE PLAN,<br>Plaintiff,<br><br>v.<br><br>N&B EXPRESS,<br>Defendant,<br><br>and<br><br>BANK OF WESTERN MASSACHUSETTS,<br>Trustee. | CIVIL ACTION NO.<br>03-30307-KPN |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned, Brian M. Maser, Esquire, hereby gives notice that he is withdrawing as counsel of record for the Plaintiff, Eileen Tetrault, on the ground that he will no longer be associated with the firm Dwyer, Duddy and Facklam, P.C. after July 22, 2005. Matthew E. Dwyer, Esquire, will continue to represent the Plaintiff in this action.

                                                Respectfully submitted,
                                                for the Plaintiff,
                                                Eileen Tetrault, Fund Manager of
                                                the Teamsters Local 404 Health
                                                Services and Insurance Plan,
                                                By her attorneys,

                                                /s/ Brian M. Maser
                                                Matthew E. Dwyer (BBO# 139840)
                                                Brian M. Maser (BBO# 655667)
                                                Dwyer, Duddy and Facklam, P.C.
                                                Two Center Plaza, Suite 430
                                                Boston, MA 02108
                                                (617) 723-9777

Dated: July 18, 2005
f:\l404hsip\n&b\pldgs\bmm.not.wd.app.doc

## CERTIFICATE OF SERVICE

I, Brian M. Maser, do hereby certify that I have served a true and accurate copy of the foregoing document upon Joseph Collins, Esquire, Hendel & Collins, PC, 101 State Street, Springfield, MA 01103-2006, this 18th day of July, 2005.

_____
Brian M. Maser